Daniel M. Shanley, Esq. (SBN 169182)
dshanley@deconsel.com
Dennis J. Murphy, Esq. (SBN 95711)
dmurphy@deconsel.com
Casey M. Jensen, Esq. (SBN 263593)
cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR PLAINTIFFS, SOUTHWEST CARPENTERS PENSION TRUST and The BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTERS PENSION TRUST

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOUTHWEST CARPENTERS PENSION TRUST, and the BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTERS PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>RODRIGUEZ PLASTERING, INC., a New Mexico corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00372-JFW-E<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this action be dismissed, without prejudice, pursuant to settlement.

Dated: May 23, 2019

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE